(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 16 CV 23651



FILED by UR D.C.
OCT 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

Sybel W. Lee, At el (Pro Se)
Mary McMinn, Nathaniel Williams

_____
Plaintiff(s)

v.

Dade Cty. Clerk Harvey Rubin
+ 31 others in Law Suit filed
on August 25, 2016
_____
Defendant(s)

I-95 Wall Project - filed August 25, 2016
_____
(TITLE OF DOCUMENT)

I, Sybel W. Lee, At el, (Pro Se) plaintiff or defendant, in the above styled cause, is filing copies of proof that all 32 said defendants were notified of said case, filed on August 25, 2016 at the Federal Court, located 400 N Miami Ave. Miami, FL. 33128

I am inserting copies of: 1) Certified + Signature Signed on Reciept, to file.

This date Oct. 12, 2016 @ 400 N Miami Ave #8 Miami, FL 33128

(Rev. 10/2002) General Document

## Certificate of Service

I _Sybel W. Lee, Al et_, certify that on this date _Aug. 31, 2016_ a true copy
& _Sept. 11, 2016_
of the foregoing document was mailed to: _copy on file 32 defendants_
                                              name(s) and address(es)

By: _(Pro-Se)_
_Sybel W. Lee, Al et_                        _____
Printed or typed name of Filer               Signature of Filer

_____                  _SWLee15@Bellsouth.Net_
Florida Bar Number                           E-mail address

_305 754.5073_                               _N/A_
Phone Number                                 Facsimile Number

_602 NW 100th St._
Street Address

_Miami, FL 33150-1413_
City, State, Zip Code