























**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DANIELLA LEVINE CAVA
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 8
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3900 89

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI FL 33101-9998 AUG 31 2016 FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JOSE "PEPE" DIAZ
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 12
8345 NW 12TH STREET
MIAMI, FL. 33126

9590 9402 1872 6104 3911 78

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1186

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) Andy Gomez C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
AUDREY M. EDMONSON
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 3
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL 33128

9590 9402 1872 6104 3901 71

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1063

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CLINTON FORBES (STE 230)
FORMER MANAGER
METRO PLANNING ORGANIZATION
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL 33128

9590 9402 1872 6104 3909 35

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CARLOS A. GIMENEZ
MIAMI-DADE COUNTY MAYOR
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 2910
MIAMI, FL. 33128

9590 9402 1872 6104 3902 63

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
SALLY A. HEYMAN
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 4
STEPHEN P. CLARK CENTER
111 NW 1ST STREET SUIT 220
MIAMI, FLA 33128

9590 9402 1872 6104 3901 64

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee
C. Date of Delivery
D. ☐ Yes ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BARBARA J. JORDAN
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 1
STEPHEN P. CLARK CENTER
111 NW 1ST STREET SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3902 56

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JACK KARDYS
DIRECTOR
MIAMI-DADE COUNTY PARKS AND RECREATIONAL DEPT.
275 NW 2ND STREET
MIAMI, FL 33128

9590 9402 1872 6104 3910 17

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) Lissette Prado C. Date of Delivery 8/31/16
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JOE A. MARTINEZ
FORMER MIAMI-DADE COUNTY COMMISSIONER DISTRICT 11
THE REYES LAW FIRM, PA.
1 ALHAMBRA PLAZA, SUITE 1150
CORAL GABLES, FL 33134

9590 9402 1872 6104 3912 08

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1162

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) S. Lorie C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JOSE LUIS-MESA
DIRECTOR
MIAMI-DADE MPO
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI FL 33128

9590 9402 1872 6104 3910 62

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1254

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JEAN MONESTIME
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 2
STEPHEN P. CLARK CENTER
111 NW 1ST STREET SUITE 220
MIAMI FL 33128

9590 9402 1872 6104 3902 25

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JENNIFER GLAZER-MOON
DIRECTOR
OFFICE OF STRATEGIC BUSINESS MANAGEMENT
MIAMI-DADE COUNTY GOVERNMENT
STEPHEN P. CLARK CENTER
111 NW 1ST STREET SUITE 22
MIAMI, FL. 33128

9590 9402 1872 6104 3910 24

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1308

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Barbara J. Jordan
Miami-Dade County Commissioner
District 1
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL. 33128

9590 9402 1872 6104 3902 56

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jack Kardys
Director
Miami-Dade County Parks and Recreational Dept.
275 NW 2nd Street
Miami, FL 33128

9590 9402 1872 6104 3910 17

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) Lisset Prado C. Date of Delivery 8/31/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Joe A. Martinez
Former Miami-Dade County Commissioner District 11
The Reyes Law Firm, PA.
1 Alhambra Plaza, Suite 1130
Coral Gables, FL 33134

9590 9402 1872 6104 3912 08

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1162

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) S. Lozie C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jose Luis-Mesa
Director
Miami-Dade MPO
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami FL 33128

9590 9402 1872 6104 3910 62

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1254

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jean Monestime
Miami-Dade County Commissioner
District 2
Stephen P. Clark Center
111 NW 1st Street Suite 220
Miami FL 33128

9590 9402 1872 6104 3902 25

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jennifer Glazer-Moon
Director
Office of Strategic Business Management
Miami-Dade County Government
Stephen P. Clark Center
111 NW 1st Street Suite 220
Miami FL 33128

9590 9402 1872 6104 3910 24

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1308

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HARVEY RUVIN
MIAMI-DADE COUNTY CLERK OF THE BOARD OF MIAMI-DADE COUNTY COMMISSIONERS
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 17-202
MIAMI-FL 33128

9590 9402 1872 6104 3909 66

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1346

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 — FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
VIVIAN DONNELL RODRIQUEZ
MIAMI-DADE COUNTY PARKS AND RECREATIONAL DEPT.
275 NW 2ND STREET
MIAMI, FL. 33128

9590 9402 1872 6104 3909 80

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1322

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 8/31/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 — FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Mail ☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DORRIN ROLLE
FORMER MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 2
STEPHEN P CLARK CENTER
111 NW 1ST STREET SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3902 49

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 — FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DENNIS MOSS
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 9
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3900 58

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

AUG 31 2016 — FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BARBARA CAREY-SHULER
FORMER MIAMI-DADE COMMISSIONER
DISTRICT 3
401 WEST ATLANTIC AVENUE
SUITE 9
DELRAY BEACH, FL 33444

9590 9402 1872 6104 3902 18

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1049

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GOVERNOR RICK SCOTT
STATE OF FLORIDA
THE CAPITOL
400 S. MONROE STREET
TALLAHASSEE FL 32399

9590 9402 1872 6104 3911 09

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

16 SEP -7

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HARVEY RUVIN
MIAMI-DADE COUNTY CLERK of THE BOARD OF MIAMI-DADE COUNTY COMMISSIONERS
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 17-202
MIAMI-FL 33128

9590 9402 1872 6104 3909 66

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1346

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
VIVIAN DONNELL RODRIQUEZ
MIAMI-DADE COUNTY PARKS AND RECREATIONAL DEPT.
275 NW 2ND STREET
MIAMI, FL. 33128

9590 9402 1872 6104 3909 80

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1322

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) [illegible] C. Date of Delivery 8/31/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DORRIN ROLLE
FORMER MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 2
STEPHEN P CLARK CENTER
111 NW 1ST STREET SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3902 49

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DENNIS MOSS
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 9
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL, 33128

9590 9402 1872 6104 3900 58

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW-28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BARBARA CAREY-SHULER
FORMER MIAMI-DADE COMMISSIONER
DISTRICT 3
401 WEST ATLANTIC AVENUE SUITE 9
DELRAY BEACH, FL 33444

9590 9402 1872 6104 3902 18

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1049

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GOVERNOR RICK SCOTT
STATE OF FLORIDA
THE CAPITOL
400 S. MONROE STREET
TALLAHASSEE FL 32399

9590 9402 1872 6104 3911 09

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

16 SEP -7 AM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dennis Moss
Miami-Dade County Commissioner
District 9
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3900 58

2. Article Number: 7016 0910 0001 4537 1174

COMPLETE THIS SECTION ON DELIVERY: A. Signature / B. Received by (Printed Name) / C. Date of Delivery / D. Is delivery address different from item 1? If YES, enter delivery address below. 3. Service Type

AUG 31 2016 — Flagler Station, Miami

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Dorrin Rolle
Former Miami-Dade County Commissioner
District 2
Stephen P Clark Center
111 NW 1st Street Suite 220
Miami, FL 33128

9590 9402 1872 6104 3902 49

2. Article Number: 7016 0910 0001 4537 1052

AUG 31 2016 — Flagler Station, Miami

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Vivian Donnell Rodriguez
Miami-Dade County Parks
and Recreational Dept.
275 NW 2nd Street
Miami, FL 33128

9590 9402 1872 6104 3909 80

2. Article Number: 7016 0910 0001 4537 1322

C. Date of Delivery: 8/31/16

AUG 31 2016 — Flagler Station, Miami

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Harvey Ruvin
Miami-Dade County Clerk of the
Board of Miami-Dade County
Commissioners
Stephen P. Clark Center
111 NW 1st Street, Suite 17-202
Miami, FL 33128

9590 9402 1872 6104 3909 66

2. Article Number: 7016 0910 0001 4537 1346

AUG 31 2016 — Flagler Station, Miami

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Governor Rick Scott
State of Florida
The Capitol
400 S. Monroe Street
Tallahassee FL 32399

9590 9402 1872 6104 3911 09

2. Article Number: 7016 0910 0001 4537 1223

16 SEP -7

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Barbara Carey-Shuler
Former Miami-Dade Commissioner
District 3
401 West Atlantic Avenue
Suite 9
Delray Beach, FL 33444

9590 9402 1872 6104 3902 18

2. Article Number (Transfer from service label): 7016 0910 0001 4537 1049

COMPLETE THIS SECTION ON DELIVERY: A. Signature: Veronica Hands

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HARVEY RUVIN
MIAMI-DADE COUNTY CLERK OF THE BOARD OF MIAMI-DADE COUNTY COMMISSIONERS
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 17-202
MIAMI-FL 33128

9590 9402 1872 6104 3909 66

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1346

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 MIAMI FL 33101 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
VIVIAN DONNELL RODRIQUEZ
MIAMI-DADE COUNTY PARKS AND RECREATIONAL DEPT.
275 NW 2ND STREET
MIAMI, FL. 33128

9590 9402 1872 6104 3909 80

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1322

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 8/31/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DORRIN ROLLE
FORMER MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 2
STEPHEN P CLARK CENTER
111 NW 1ST STREET SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3902 49

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1025

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 MIAMI FL FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DENNIS MOSS
MIAMI-DADE COUNTY COMMISSIONER
DISTRICT 9
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, SUITE 220
MIAMI, FL. 33128

9590 9402 1872 6104 3900 58

2. Article Number (Transfer from service label)
[illegible]016 0910 0001 4537 1124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2016 MIAMI FL 33101 FLAGLER STATION WINDOW-23

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BARBARA CAREY-SHULER
FORMER MIAMI-DADE COMMISSIONER
DISTRICT 3
401 WEST ATLANTIC AVENUE SUITE 9
DELRAY BEACH, FL 33444

9590 9402 1872 6104 3902 18

2. Article Number (Transfer from service label)
[illegible]16 0910 0001 4537 1049

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GOVERNOR RICK SCOTT
STATE OF FLORIDA
THE CAPITOL
400 S. MONROE STREET
TALLAHASSEE FL 32399

9590 9402 1872 6104 3911 09

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1223

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

16 SEP -7 CITIZEN SERVICES

3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

U.S. Postal Service

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.70 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.41 |
| Total Postage and Fees | $8.41 |

0118 06

Postmark Here

AUG 29 2016

08/29/2016

Sent To: Abigail Price-Williams County Atty Miami-Dade County Gov't

Street and Apt. No., or PO Box No.: 111 NW 1st Street, Suite 220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 1179

U.S. Postal Service

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.70 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.41 |
| Total Postage and Fees | $8.41 |

0118 06

Postmark Here

AUG 29 2016

08/29/2016

Sent To: Juan C. Zapata Miami-Dade County Commissio[ner]

Street and Apt. No., or PO Box No.: 111 NW 1st Street Suite 220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Se[redacted]ice™

## CERTIFIE[redacted]ECEIPT

*Domestic Mail [redacted]*

For delivery infor[redacted]ite at www.usps.com®.

MIAMI, F[redacted]

| | |
|---|---|
| Certified Mail Fee | [redacted] |
| Extra Services & Fees ([redacted] | |
| ☐ Return Receipt (hardco[redacted] | |
| ☐ Return Receipt (electro[redacted] | |
| ☐ Certified Mail Restricte[redacted] | |
| ☐ Adult Signature Requir[redacted] | |
| ☐ Adult Signature Restric[redacted] | |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 2016

09/17/2016

Sent To: Bruno Barreiro Miami Dade Com.

Street and Apt. No., or PO Box No.: 1454 S.W. 1st St. Suite #130

City, State, ZIP+4®: Miami, FL 33135

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0080

U.S. Postal Service™

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 2016

09/17/2016

Sent To: Aileen Bouche Ex. Director of M.D. City MPO

Street and Apt. No., or PO Box No.: 111 NW 1st Street #920

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 2016

09/17/2016

Sent To: Esteban Bovo, Jr. Miami Dade County Comm.

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street Suite 220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 1490

U.S. Postal Service™

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33136

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 17 2016

09/17/2016

Sent To: Alice N. Bravo, PE Dir. of Tran Systs

Street and Apt. No., or PO Box No.: 701 NW 1 [illegible] Suite 1700

City, State, ZIP+4®: Miami FL 33136

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI GARDENS, FL 33056

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 2016

09/17/2016

Sent To: Oscar Braynon II

Street and Apt. No., or PO Box No.: 18379 N.W. 27th Ave

City, State, ZIP+4®: Miami, FL 33056

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0066

U.S. Postal Service™

## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $3.77 |

0115 11

Postmark Here

SEP 17 2016

09/17/2016

Sent To: George M. Burgess Former Cty. Mgr. Miami Dade County

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street Suite 220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30 — 0118 06

Extra Services & Fees (check box, add fee as appropriate) $2.70
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.41

Total Postage and Fees $8.41

Postmark Here — AUG 29 2016 — 08/29/2016

Sent To: Abigail Price-Williams, County Atty Miami-Dade County Gov't
Street and Apt. No., or PO Box No.: 111 NW 1st Street, Suite 2810
City, State, ZIP+4®: Miami FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7016 0910 0001 4537 1179

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30 — 0118 06

Extra Services & Fees (check box, add fee as appropriate) $2.70
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.41

Total Postage and Fees $8.41

Postmark Here — AUG 29 2016 — 08/29/2016

Sent To: Juan C. Zapata, Miami-Dade County Commissio[n]
Street and Apt. No., or PO Box No.: 111 NW 1st Street, Suite 220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

**U.S. Postal Se ice™**
**CERTIFIE AI ECEIPT**
*Domestic Mail*

For delivery infor ite at www.usps.com®.

MIAMI, FL

Certified Mail Fee — 0115 11

Extra Services & Fees
- Return Receipt (hardco
- Return Receipt (electro
- Certified Mail Restricte
- Adult Signature Requir
- Adult Signature Restric

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016 — 09/17/2016

Sent To: Bruno Barreiro, Miami Dade Comm.
Street and Apt. No., or PO Box No.: 1454 S.W. 1st St, Suite #130
City, State, ZIP+4®: Miami, FL 33135

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7016 0910 0001 4537 0080

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30 — 0115 11

Extra Services & Fees (check box, add fee as appropriate) $0.00
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016 — 09/17/2016

Sent To: Aileen Boucle, Ex. Director of M.D. Cty MPO
Street and Apt. No., or PO Box No.: 111 NW 1st Street #920
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30 — 0115 11

Extra Services & Fees (check box, add fee as appropriate) $0.00
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016 — 09/17/2016

Sent To: Esteban Bovo, Jr. Miami Dade County Comm.
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street Suite 220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7016 0910 0001 4537 1490

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33136

Certified Mail Fee $3.30 — 0115 11

Extra Services & Fees (check box, add fee as appropriate) $0.00
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016 — 09/17/2016

Sent To: Alice N. Bravo, PE Dir. of Tran Systs
Street and Apt. No., or PO Box No.: 701 NW 1st Ct. Suite 1700
City, State, ZIP+4®: Miami, FL 33136

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI GARDENS, FL 33056

Certified Mail Fee $3.30 — 0115 11

Extra Services & Fees (check box, add fee as appropriate) $0.00
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 2016 — 09/17/2016

Sent To: Oscar Braynon II
Street and Apt. No., or PO Box No.: 18579 N.W. 27th Ave
City, State, ZIP+4®: Miami, FL 33056

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7016 0910 0001 4537 0066

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30 — 0115 11

Extra Services & Fees (check box, add fee as appropriate) $0.00
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016 — 09/17/2016

Sent To: George M. Burgess, Former Cty. Mgr. Miami Dade County
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street Suite 220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

TALLAHASSEE, FL 32399

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | |

Sent To: Lt. Gov. Lopez-Cantera State of FL Capitol

Street and Apt. No., or PO Box No.: 400 S. Monroe St.

City, State, ZIP+4®: Tallahassee, FL 32399-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33126

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | M.D. Cty Comm. |

Sent To: Jose "Pepe" Diaz

Street and Apt. No., or PO Box No.: 8345 N.W. 12th Street

City, State, ZIP+4®: Miami, FL 33126

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | SEP 17 2016 Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | M.D. Cty. Comm. |

Sent To: Audrey M. Edmonson

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | Mia. Dade Cty |

Sent To: Carlos A. Gimenez Mayor

Street and Apt. No., or PO Box No.: 111 N.W. 1 Street #2910

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0110

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here SEP 17 2016 |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | |

Sent To: Daniella L. Cava M.D. Cty. Commissioner

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0127

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33142

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here SEP 2016 |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | |

Sent To: Gary Donn, PE Project Mgr. FDOT

Street and Apt. No., or PO Box No.: 3845 NW 35th Street

City, State, ZIP+4®: Miami, FL 33142

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0332

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | SEP 2016 Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | Former Mgr. MPD |

Sent To: Clinton Forbes (Ste 230)

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0363

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.47 | 09/17/2016 |
| Total Postage and Fees | $3.77 | Mia. Dade Cty. Comm. |

Sent To: Sally A. Heyman

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

TALLAHASSEE, FL 32399

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | |

Sent To: Lt. Gov. Lopez-Cantera State of FL
Street and Apt. No., or PO Box No.: 400 S. Monroe St. Capitol
City, State, ZIP+4®: Tallahassee, FL 32399-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33126

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | M.D. Cty |

Sent To: Jose "Pepe" Diaz Comm.
Street and Apt. No., or PO Box No.: 8345 N.W. 12th Street
City, State, ZIP+4®: Miami, FL 33126

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | SEP 17 2016 |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | M.D. Cty |

Sent To: Audrey M. Edmonson Comm.
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | Mia. Dade Cty |

Sent To: Carlos A. Gimenez Mayor
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #2910
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0110

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | |

Sent To: Daniella L. Cava M.D. Cty. Commissioner
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0127

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33142

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | |

Sent To: Gary Donn, PE Project Mgr. FDOT
Street and Apt. No., or PO Box No.: 3845 NW 35th Street
City, State, ZIP+4®: Miami, FL 33142

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0332

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | Former Mgr. |

Sent To: Clinton Forbes (STE 230) MPD
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0363

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.30 | 0115 11 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | SEP 17 2016 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.47 | 09/17/2016 |
| Total Postage and Fees | $ $3.77 | Mia. Dade |

Sent To: Sally A. Heyman Cty. Comm.
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Barbara J. Jordan M.Dade Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0165

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | SEP 17 2016 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Jack Kardys Dir. of M.D. Cty Parks
Street and Apt. No., or PO Box No.: 275 NW 2nd Street
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33134

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Joe A. Martinez
Street and Apt. No., or PO Box No.: 1 Alhambra Plz #1130
City, State, ZIP+4®: Coral Gables, FL 33134

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0189

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Jose Luis Mena Dir. of M.D. MPD
Street and Apt. No., or PO Box No.: 111 N.W. 1st St. #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 17 2016 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Dir. of Jenna Fey Glazer-Moon-OSBM M.D. Cty
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0202

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 17 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Dennis Moss M.D. Cty Comm.
Street and Apt. No., or PO Box No.: 111 NW. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | SEP 17 2016 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Jean Monestime Miami Dade Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0001 4537 0219

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33142

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | 0115 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | SEP 2016 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.47 | |
| $ | | 09/17/2016 |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To: Sec. FDOT Gustavo "Gus" Felix Pego, PE
Street and Apt. No., or PO Box No.: 3845 N.W. 20th Street
City, State, ZIP+4®: Miami, FL 33142

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Receipt 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee: $3.30
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $0.47
Total Postage and Fees: $3.77

Postmark Here: SEP 17 2016
Date: 09/17/2016

Sent To: Barbara J. Jordan — Mia. Dade Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

Tracking: 7016 0910 0001 4537 0115

PS Form 3800, April 2015 PSN 7530-02-000-9047

## Receipt 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33128

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark Here: SEP 17 2016
Date: 09/17/2016

Sent To: Jack Kardys — Dir. of M.D. City Parks
Street and Apt. No., or PO Box No.: 275 NW 2nd Street
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015

## Receipt 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33134

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Joe A. Martinez
Street and Apt. No., or PO Box No.: 1 Alhambra Plz #1130
City, State, ZIP+4®: Coral Gables, FL 33134

PS Form 3800, April 2015

## Receipt 4

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33128

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Jose Luis Mena — Dir. of M.D. MPO
Street and Apt. No., or PO Box No.: 111 N.W. 1st St. #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015

## Receipt 5

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33128

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Jean Fee Giminez-Moon-Osban — Dir. of M.D. City
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015

## Receipt 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33128

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Dennis Moss — M.D. City Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015

## Receipt 7

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33128

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Jean Monestime — Miami Dade Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015

## Receipt 8

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MIAMI, FL 33142

Certified Mail Fee: $3.30
Postage: $0.47
Total Postage and Fees: $3.77

Postmark: SEP 17 2016
Date: 09/17/2016

Sent To: Gustavo "Gus" Felix Pego, P.E. — Sec. F DOT
Street and Apt. No., or PO Box No.: 3845 N.W. 20th Street
City, State, ZIP+4®: Miami, FL 33142

PS Form 3800, April 2015



U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

Postmark Here

09/17/2016

Former D. Cty Comm.

Sent To: Dorrin Rolle

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0233

U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

SEP 17 2016

0115 11

Postmark Here

09/17/2016

Dir. M.D. Cty Parks + Rec.

Sent To: Vivian Donnell Rodriguez

Street and Apt. No., or PO Box No.: 275 N.W. 2nd Street

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

Postmark Here

SEP 17 2016

09/17/2016

Sent To: Harvey Ruvin Clerk of the Board M-D.C. Courts

Street and Apt. No., or PO Box No.: 111 N.W. 1st St. #17-202

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0257

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

TALLAHASSEE, FL 32399

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

SEP 17 2016

Postmark Here

09/17/2016

Sent To: Gov. Rick Scott St. of FL The Capitol

Street and Apt. No., or PO Box No.: 400 S. Monroe St.

City, State, ZIP+4®: Tallahassee, FL 32399-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

DELRAY BEACH, FL 33444

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

SEP 17 2016

Postmark Here

09/17/2016

Former Cty. Comm.

Sent To: Barbara Carey-Shuler

Street and Apt. No., or PO Box No.: 401 W. Atlantic Ave. #9

City, State, ZIP+4®: Delray Beach, FL 33444

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0264

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

SEP 17 2016

0115 11

Postmark Here

09/17/2016

Miami Dade Cty. Comm.

Sent To: Rebecca Sosa

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

SEP 17 2016

Postmark Here

09/17/2016

M-D. Cty. Cty Comm.

Sent To: Javier D. Soto

Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7016 0910 0001 4537 0288

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

MIAMI, FL 33128

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.47 |
| Total Postage and Fees | $ $3.77 |

0115 11

Postmark Here

SEP 17 2016

09/17/2016

M. Dade Cty. Comm.

Sent To: Xavier Suarez

Street and Apt. No., or PO Box No.: 111 NW 1st Street # 220

City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here

09/17/2016

Sent To: Dorrin Rolle — Comer D. Cty Comm.
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: MIAMI, FL 33128

7016 0910 0001 4537 0233

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Vivian Donnell Rodriguez — Dir. M.D. Cty Parks & Rec.
Street and Apt. No., or PO Box No.: 275 N.W. 2nd Street
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Harvey Ruvin — Clerk of The Board M.D.C. Courts #17-202
Street and Apt. No., or PO Box No.: 111 N.W. 1st St.
City, State, ZIP+4®: MIAMI, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

TALLAHASSEE, FL 32399

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Gov. Rick Scott — St. of FL The Capitol
Street and Apt. No., or PO Box No.: 400 S. Monroe St.
City, State, ZIP+4®: Tallahassee, FL 32399-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DELRAY BEACH, FL 33444

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Barbara Carey-Shuler — Delray City Comm.
Street and Apt. No., or PO Box No.: 401 W. Atlantic Ave. #9
City, State, ZIP+4®: Delray Beach, FL 33444

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Rebecca Sosa — Miami Dade Cty. Comm.
Street and Apt. No., or PO Box No.: 111 N.W. 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Javier D. Soto — MIA. Dty. Cty Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33128

Certified Mail Fee $3.30     0115 11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.77

Postmark Here — SEP 17 2016

09/17/2016

Sent To: Xavier Suarez — M. Dade Cty. Comm.
Street and Apt. No., or PO Box No.: 111 NW 1st Street #220
City, State, ZIP+4®: Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sen. Oscar Braynon, II
606 N.W. 183rd ST
Miami FL 33169

9590 9402 1819 6074 5334 32

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 7-23
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Aileen Boucle
Executive Director
Miami-Dade MPO
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3910 86

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1247

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

Stamp: MIAMI FL 33101 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

28

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bruno Barreiro
Miami-Dade County Commissioner
District 5
54 SW 1st Street, Suite 130
Miami, FL, 33135

590 9402 1872 6104 3901 40

2. Article Number (Transfer from service label)
0910 0001 4537 1087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Lourdes Castillo ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 8/26/16
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Esteban Bovo Jr.,
Miami-Dade County Commissioner
District 13
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3911 61

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

Stamp: MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
George M. Burgess
Former County Manager
Miami-Dade County Government
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3910 55

2. Article Number (Transfer from service label)
7016 0910 0001 4537 1261

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

Stamp: MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sen. Oscar Braynon, II
606 N.W. 183rd ST.
Miami FL 33169

9590 9402 1819 6074 5334 32

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery 8-23
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Aileen Bouclé
Executive Director
Miami-Dade MPO
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3910 86

2. Article Number *(Transfer from service label)*
7016 0910 0001 4537 1247

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI FL 33107 AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

28

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bruno Barreiro
Miami-Dade County Commissioner
District 5
54 SW 1st Street, Suite 130
Miami, FL. 33135

9590 9402 1872 6104 3901 40

2. Article Number *(Transfer from service label)*
0910 0001 4537 1087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lourdes Cortes ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery 08/28/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Esteban Bovo Jr.
Miami-Dade County Commissioner
District 13
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL. 33128

9590 9402 1872 6104 3911 61

2. Article Number *(Transfer from service label)*
7016 0910 0001 4537 1278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
George M. Burgess
Former County Manager
Miami-Dade County Government
Stephen P. Clark Center
111 NW 1st Street, Suite 220
Miami, FL 33128

9590 9402 1872 6104 3910 55

2. Article Number *(Transfer from service label)*
7016 0910 0001 4537 1261

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MIAMI AUG 31 2016 FLAGLER STATION WINDOW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MIAMI, FL 33128       0115
                      11

Certified Mail Fee   $3.30
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$    $0.47
                                     09/17/2016
Total Postage and Fees
$    $3.77

Sent To   Abigail Price-Wms.  cty. Atty
Street and Apt. No., or PO Box No.  VMD Bty
111 N.W. 1 Street #330 govt.
City, State, ZIP+4®
Miami, FL 33128

7016 0910 0000 4537 0318

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MIAMI, FL 33128       0115
                      11

Certified Mail Fee   $3.30
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$    $0.47
                                     09/17/2016
Total Postage and Fees               Miami D.cty
$    $3.77                              coun.

Sent To   Lump C. Zapata
Street and Apt. No., or PO Box No.  Stacy # 307
111 N.W. 1st
City, State, ZIP+4®
Miami - FL 33128

7016 0910 0000 4537 0295

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MIAMI, FL 33128

Certified Mail Fee $3.30  0115
$                                         11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $ $0.00     09/17/2016

Postage $0.47
Total Postage and Fees $3.77

Sent To: Rozal Price Wms., Cty. Atty, U.S. Atty
Street and Apt. No., or PO Box No. 111 N.W. 1st Street #330 govt.
City, State, ZIP+4® Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 0910 0001 4537 0318

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MIAMI, FL 33128

Certified Mail Fee $3.30  0115
$                                         11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $         09/17/2016

Postage $0.47
Total Postage and Fees $3.77

Sent To: Juan C. Zapata, Comm.
Street and Apt. No., or PO Box No. 111 N.W. 1st Street # 308
City, State, ZIP+4® Miami, FL 33128

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 0910 0001 4537 0295