**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-23651-CIV-MARTINEZ/GOODMAN**

SYBEL W. LEE, et al.,

Plaintiffs,

v.

COMMISSIONER HARVEY RUVIN, et al.,

Defendants.
_____________________________________/

**ORDER CONCERNING PLAINTIFF SYBEL W. LEE'S MOTION FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM**

Plaintiff Sybel W. Lee, who is proceeding *pro se*, filed a Motion for Referral to Volunteer Attorney Program. [ECF No. 4]. United States District Judge Jose E. Martinez referred all pretrial matters to the Undersigned. [ECF No. 8]. The Undersigned **denies** the motion for the following reasons.

A party in a civil case has no constitutional or statutory right to counsel. *Bass v. Perrin*, 170 F. 3d 1312, 1320 (11th Cir. 1999). A court may appoint counsel to an indigent individual. However, the court has broad discretion in making this decision. *Id.* Also,

> [a]ppointment of counsel in civil cases is, rather, a privilege "justified only by exceptional circumstances," such as the presence of "facts and legal issues [which] are so novel or complex as to require the assistance of a trained practitioner." The key is whether the *pro se* litigant needs help in presenting the essential merits of his or her position to the court. Where the facts and issues are simple, he or she usually will not need such help.

*Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (brackets in original) (quoting *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)). The court will not appoint counsel simply because that individual would be helped by a lawyer's assistance. *See Turnquist v. Noll*, No. 10-80030, 2011 WL 4637011, at *2 (S.D. Fla. Oct. 5, 2011) (citing *Bass*, 170 F.3d at 1320).

In the motion, Plaintiff Lee states that she has "requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or [is] otherwise unable to afford a lawyer." However, Plaintiff Lee has not previously requested authorization to proceed *in forma pauperis* in this case. Also, it is unclear whether she is unable to afford a lawyer. The Undersigned notes that Plaintiff Lee has paid the $400 filing fee. Accordingly, Plaintiff Lee has failed to demonstrate that the Court should refer her case to the volunteer attorney program.

Accordingly, the Undersigned **denies** Plaintiff Lee's Motion.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on November 22, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Jose E. Martinez
All Counsel of Record

Sybel W. Lee, *pro se*
602 NW 100th Street
Miami, FL 33150